UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-CV-01748<br>MDL 2545 |
| This document relates to: 1:15-cv-07898 | JUDGE MATTHEW F. KENNELLY. |

## STIPULATION OF DISMISSAL

COMES NOW THE PLAINTIFF, John Harris, along with counsel for Defendants Eli Lily & Company; Lilly USA, LLC; Acrux Commercial Pty Ltd.; and Acrux DDS Pty Ltd. (collectively "the Lilly Defendants"), and would advise the Court, pursuant to Rule 41(a)(1)(A)(ii), that all parties herein have agreed that all claims of Plaintiffs against the Lilly Defendants are dismissed with prejudice, with each party to bear its own costs.

This stipulation shall only have effect as to Plaintiff's claims against the Lilly Defendants and shall not have any effect on any claims against any other Defendants.

This stipulation shall in no way affect the Plaintiff's claims against AbbVie Inc.; Abbott Laboratories; AbbVie Products LLC; Unimed Pharmaceuticals, LLC; Solvay, S.A.; Besins Healthcare Inc.; and Besins Healthcar, S.A.

This the 29th day of November, 2017.

| | |
|---|---|
| Plaintiff<br>John Harris | Defendants<br>Eli Lily & Company, Lilly USA, LLC,<br>Acrux Commercial Pty Ltd., and<br>Acrux DDS Pty Ltd. |
| BY: s/ Martin D. Crump<br>Martin D. Crump<br>Davis & Crump, P.C.<br>2601 14th Street<br>Gulfport, MS 39501<br>T: (228) 863-6000<br>F: (228) 864-0907<br>martin.crump@daviscrump.com | BY: s/ David E. Stanley<br>David E. Stanley<br>Reed Smith LLP<br>355 S Grand Ave., Ste. 2900<br>Los Angeles, CA 90071<br>T: 1 213 457 8000<br>F: 1 213 457 8080<br>dstanley@reedsmith.com |